UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-mj-1727-JG

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR ) | ORDER TO SEAL |
| ) | APPLICATION AND |
| Tracfone, 919-381-7008 ) | AFFIDAVIT FOR |
| Tracfone, 404-345-7548 ) | SEARCH WARRANT |
| Verizon Phone, 919-368-0916 ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Application and Affidavit for Search Warrant in the above-referenced matter, and the instant Motion to Seal, be sealed by the Clerk for thirty (30) days from this date or until further order by this Court, except that a certified copy of the same be provided to the United States Attorney's Office, Drug Enforcement Agency, Raleigh Police Department.

This the 29 day of June, 2015.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE